**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

SHERIE WILLIAMS, et. al.,

                    Plaintiffs,

v.

WAYNE COUNTY SHERIFF'S DEPT, et. al.,

                    Defendants.

_____/

CASE NUMBER: 09-14328

HON. MARIANNE O. BATTANI

## NOTICE OF MOTION HEARING

       You are hereby notified to appear before the Honorable Marianne O. Battani, United States District Judge, for the above proceeding on **JULY 15, 2010 @ 3:30 P.M.**, in Courtroom 272, 231 W. Lafayette Blvd., **Detroit**, Michigan 48226.  The following motion(s) are scheduled for hearing:

- FIRST AMENDED MOTION FOR CLASS CERTIFICATION AND FOR BIFURCATION OF TRIALS OF LIABILITY AND COMPENSATORY DAMAGES IN EXCESS OF TEN (10) BILLION DOLLARS filed by plaintiffs on 6/17/10.

The following briefing schedule is to be followed:*

| | |
|---|---|
| **Response Due Date** | 7/02/10 |
| **Reply Due Date** *(The Court requires a reply to every response)* | 7/12/10 |
| **Oral Argument** | 7/15/10 at 3:30 pm |

## CERTIFICATE OF SERVICE

    I certify that a copy of this notice was mailed and/or electronically filed to all counsel of record on this date.

Date: 6/18/2010

s/Colette Motowski
Colette Motowski, secretary to
Hon. Marianne O. Battani 313-234-2625