UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHERIE WILLIAMS, ET AL.,            No. 09-14328

       Plaintiffs,                   District Judge Marianne O. Battani

v.                                         Magistrate Judge R. Steven Whalen

WAYNE COUNTY SHERIFF'S
DEPARTMENT, ET AL.,

       Defendants.
_____/

## ORDER

For the reasons and under the terms stated on the record on August 10, 2010, Defendants' Motion for Contempt Order and Discovery Sanctions Order [Docket #33] is GRANTED IN PART AND DENIED IN PART.

Defendants' request for dismissal of certain Plaintiffs as a sanction for failure to appear at their depositions is DENIED. Instead, the 29 Plaintiffs who failed to appear shall be assessed costs and attorney fees in the amount of $500.00, jointly and severally, payable to Defendants' counsel. In addition, these 29 individuals shall be deposed within 21 days of the date of this Order. Their failure to appear at a properly noticed deposition will subject them to the full range of sanctions under Fed.R.Civ.P. 37, including dismissal of their claims.

Further, Plaintiffs shall complete responses to Defendants' interrogatories and document requests within 14 days of the date of this Order. Because of Plaintiffs failure to provide complete responses, as well as the frivolousness of the Plaintiffs' objections, Plaintiffs' counsel is assessed costs and attorney fees in the amount of $500.00, payable to Defendants' counsel.

IT IS SO ORDERED.

S/R. Steven Whalen<br>R. STEVEN WHALEN<br>UNITED STATES MAGISTRATE JUDGE

Dated: August 10, 2010

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on August 10, 2010.

S/G. Wilson<br>Judicial Assistant