UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| SHERIE WILLIAMS, ET AL., | No. 09-14328 |
| Plaintiffs, | District Judge Marianne O. Battani |
| v. | Magistrate Judge R. Steven Whalen |
| WAYNE COUNTY SHERIFF'S DEPARTMENT, ET AL., | |
| Defendants. / | |

## ORDER

For the reasons and under the terms stated on the record on August 10, 2010, Plaintiffs' Motion to Compel Discovery [Docket #41] is GRANTED IN PART AND DENIED IN PART.

Plaintiffs' request to compel production of documents is DENIED AS MOOT, since the Defendant has now produced the requested discovery.

Plaintiffs' request to depose five Sheriff's Deputies and eleven notaries is GRANTED. These depositions will be completed within 21 days of the date of this Order.

IT IS SO ORDERED.


S/R. Steven Whalen
R. STEVEN WHALEN
UNITED STATES MAGISTRATE JUDGE

Dated: August 10, 2010

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on August 10, 2010.

S/Gina Wilson
Judicial Assistant